# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of April, two thousand and thirteen.

Before:     Ralph K. Winter,
            *Circuit Judge.*

_____

United States of America,

Appellee,

Amalgamated Bank,

Interested Party-Appellee,

      v.

Rodney Watts,

Defendant-Appellant,

DePetris & Bachrach, LLP,

Interested Party-Appellant.

_____

**ORDER**
Docket No. 13-911

IT IS HEREBY ORDERED that the motion by the appellants for an extension until May 10, 2013 to file the brief and appendix is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

